UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: October 18, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　　　Vs.<br><br>Daniel Esteban ELIZALDE-Egurrola,<br>　　　　Defendant.<br><br>YOB: 1997<br>Mexican Citizen | Magistrate's Case No. 16-1822mJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952, 960<br>Importation of a Controlled Substance<br>Count One<br><br>21 U.S.C. § 841(a)(b)(1)(C),<br>Possession of a Controlled Substance<br>with Intent to Distribute<br>Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about October 18, 2016, at or near San Luis, Arizona, within the District of Arizona, the defendant, Daniel Esteban ELIZALDE-Egurrola, did knowingly and intentionally import, attempt to import, and in fact did import, a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a)(b)(3).

UNITED STATES OF AMERICA

vs.

Daniel Esteban Elizalde Egurrola

STATEMENT OF FACTS

I, Tracey D. Crawford, being duly sworn do state the following:

On October 18, 2016, Daniel Esteban ELIZALDE-Egurrola (ELIZALDE), a Mexico citizen, applied for inspection and entry into the United States from the Republic of Mexico via the pedestrian lanes of the San Luis, Arizona, Port of Entry, within the District of Arizona. A Customs and Border Protection Officer (CBPO) and her assigned canine partner were conducting a pedestrian post primary canine roving operation when the canine alerted to ELIZALDE. ELIZALDE gave a negative verbal Customs declaration and was referred to secondary inspection, which resulted in the discovery of two (2) packages taped around his upper thighs. A random package was probed, revealing a white crystalline substance that field tested presumptive positive for Methamphetamine. The aggregate weight of the packages was 1.55 kilograms.

During a post-Miranda interview with Special Agents (SAs) from the Homeland Security Investigations (HSI) division of Immigration and Customs Enforcement (ICE), ELIZALDE voluntarily stated that he was going to be paid $800.00 to import the drugs from the Republic Mexico, into the United States. Once inside the United States, ELIZALDE was going to be instructed where to deliver the drugs.

U.S. Vs ELIZALDE

ELIZALDE admitted that he knowingly transported drugs into US for money, but that this was the first time.

_____
Tracey D. Crawford
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, October 19, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge